AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 SEP 21  AM 10: 05
DEPUTY CLERK _____

| | )
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) Case No.   2:17-MJ-80 |
| A Gray in color LG cell phone, model number LG-M210, bearing serial number 704CYJZ504124 | ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Northern   District of   Texas
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before   September 18, 2017   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____CLINTON E. AVERITTE_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   September 5, 2017 @ 3:53 P.M.

_____
*Judge's signature*

City and state:   AMARILLO, TEXAS         CLINTON E. AVERITTE, U.S MAGISTRATE JUDGE
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 2:17-MJ-80 | Date and time warrant executed: 09/14/2017 3:15 pm | Copy of warrant and inventory left with: Left in defendant's property |
| Inventory made in the presence of: Task Force Officer Randy Mincher | | |
| Inventory of the property taken and name of any person(s) seized: | | |
| Electronic records downloaded and kept by DEA. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/21/2017

*Executing officer's signature*

Jose Barron TFO
*Printed name and title*

SWORN TO BEFORE THE UNDERSIGNED U.S. MAGISTRATE JUDGE THIS 21st day of September, 2017.

Clinton E. Averitt
U.S. MAGISTRATE JUDGE

## Attachment A

## Property to Be Searched

A Gray in color LG cell phone, model number LG-M210, bearing serial number 704CYJZ504124

# ATTACHMENT "B"
# LIST OF ITEMS TO BE SEARCH FOR AND SEIZED

## Property to be Searched and Seized

All electronic records relating to violations of Bulk Cash Smuggling, in violation of Title 31, United States Code, Section 5332 and Interstate Travel in Aid of Racketeering, in violation of Title 18, United States Code, Section 1952, including:

- Text messages;
- E-mail messages;
- Voice mail messages;
- Internet browsing history;
- Historical location (GPS) data;
- Photos;
- Video;
- Audio files;
- Calendars;
- Word processing documents;
- Spreadsheets;
- Text files;
- Contact names and telephone numbers;
- Incoming and outgoing call logs; and
- Forensic evidence that establishes how the device was used, the purpose of its use, who used it, and when it was used.