IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 18 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE MATTER OF THE SEARCH OF
A Gray in color LG cell phone, model
number LG-M210, bearing serial number
704CYJZ504124

No.   2:17-MJ-80

## ORDER TO UNSEAL SEARCH WARRANT APPLICATION, AFFIDAVIT, AND SEARCH WARRANT

The Motion to Unseal the Search Warrant Application, Affidavit, and Search Warrant in this matter having been presented to the Court,

IT IS ORDERED that for the reasons set forth in said Motion, the Search Warrant Application, Affidavit, and Search Warrant in this matter shall be unsealed.

SO ORDERED.

DATED the __18th__ day of __October__, 2017.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE